# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RONNIE L. BROWN, III**
d/b/a Brown's Cross Country Hauling LLC                                    **PLAINTIFF**

v.                           Case No. 3:21-cv-00118-LPR

**RE GARRISON TRUCKING;**
**WYLES GRIFFITH; SHAWN**
**NELSON; ANNETTE MUNGER;**
**KEITH GORMAN**                                                            **DEFENDANTS**

### ORDER

Mr. Brown's mail is being returned undelivered. (Doc. 4) If he doesn't update his address with the Court by October 8, 2021, then his Complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 9th day of September, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE