IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONNIE L. BROWN, III
d/b/a Brown's Cross Country Hauling LLC                                         PLAINTIFF

v.                          Case No. 3:21-cv-00118-LPR

RE GARRISON TRUCKING;
WYLES GRIFFITH;  SHAWN
NELSON;  ANNETTE MUNGER;
KEITH GORMAN                                                                    DEFENDANTS

### ORDER

Plaintiff Ronnie Brown brought this civil suit *in forma pauperis* and *pro se*. After Mr. Brown's mail was returned as undeliverable, I directed Mr. Brown to update his address by October 8, 2021, warning that otherwise his Complaint would be dismissed without prejudice. (Doc. 5). On the same date I issued my Order, Defendants moved to dismiss. (Doc. 6). Mr. Brown has neither updated his address nor responded to Defendants' motion to dismiss and the time to do so has passed. Because Mr. Brown had not met his responsibilities to follow the rules and failed to respond to the Court's Order, his case is dismissed. Local Rule 5.5(c)(2). Defendants' motion to dismiss, Doc. 6, is denied as moot.

As a result of Mr. Brown's failure to prosecute or comply with the rules, the Court concludes that this case should be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE