IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE L. BROWN, III**
d/b/a Brown's Cross Country Hauling LLC                                   **PLAINTIFF**

v.                         Case No. 3:21-cv-00118-LPR

**RE GARRISON TRUCKING;**
**WYLES GRIFFITH;  SHAWN**
**NELSON;  ANNETTE MUNGER;**
**KEITH GORMAN**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE